# Law Offices of David E. Mollón

15 Susquehanna Avenue
Great Neck, NY 11021
Phone:  347-766-8529
Fax: 516-829-0275
Email: dmollon@mollonlaw.com
Website: mollonlaw.com

May 28, 2014

BY ECF AND OVERNIGHT DELIVERY
Hon. William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *CFTC v. Welsh*, No. 12 Civ. 1873 (WHP)

Honorable Judge Pauley:

We write to request a modification of the pretrial schedule because Defendant's disclosed expert, Alexander Kern, suffered a heart attack on May 5, 2014.  He has recovered sufficiently to be able to work again.  Accordingly, we would request a modification of the schedule to permit the filing of responsive experts reports by July 11, 2014.  We would request that the remainder of the schedule be modified accordingly so that the dates remain the same relative to each other as they are in the current schedule, as set forth below, taking into account anticipated unavailability of counsel and/or experts for expert discovery.  Plaintiff CFTC has advised that it does not oppose the request.

| Task | Present Deadline | Requested Deadline |
| --- | --- | --- |
| Responsive Expert Reports | May 30, 2014 | July 11, 2014 |
| Rebuttal Expert Reports | June 13, 2014 | July 25, 2014 |
| Expert Discovery Completion | July 18, 2014 | September 5, 2014 |
| Joint Pretrial Order Submission | August 15, 2014 | October 3, 2014 |
| Pretrial Conference | August 22, 2014 | Any date convenient to the Court, after October 3, 2014. |

Enclosed herewith pursuant to Your Honor's Individual Rules of Practice is a proposed Amended Scheduling Order. The parties appreciate the Court's consideration of this request and are prepared to address any questions or concerns the Court may have.

Respectfully submitted,

/s/

David E. Mollón

Enclosures

cc:  Michael Solinsky (BY EMAIL)