UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
U.S. COMMODITY FUTURES TRADING
COMMISSION,                                                  :

            Plaintiff                    :     Index No. 12 CIV 1873 (WHP)

     v.                                                         :     **NOTICE OF MOTION FOR FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

JOSEPH F. WELSH, III,                                        :

            Defendant.                  :

------------------------------------------------------------ x

      PLEASE TAKE NOTICE that upon the accompanying Declaration of David E. Mollon, dated on January 12, 2015, and the exhibits attached thereto, the Declaration of Joseph F. Welsh, dated January 12, 2015, the accompanying memorandum of law, as well as any prior pleadings, submissions and proceedings in this matter, and any other pleadings, submissions and proceedings as shall be made in further support of this motion, Defendant Joseph F. Welsh will move this Court before the Honorable William H. Pauley III at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, as soon as the Court may direct, for an order pursuant to Fed. R. Civ. P. 56 granting summary judgment to Defendant and dismissing the complaint in this action in its entirety, and granting further relief as the Court deems just.

Dated: January 12, 2015

                            LAW OFFICES OF DAVID E. MOLLON

                            _____
                            David E. Mollón

                            15 Susquehanna Avenue
                            Great Neck, NY 11021
                            Tel: (347) 766-8529
                            Fax: (516) 829-0275
                            dmollon@mollonlaw.com
                            Attorney for Defendant Joseph F. Welsh, III