```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                  :
U.S. COMMODITY FUTURES TRADING    :
COMMISION,                                 :
                                                  :         12cv1873
            Plaintiff,                    :
                                                  :         ORDER OF DISMISSAL
        -against-                             :
                                                  :
JOSEPH F. WELSH III,                     :
                                                  :
            Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

It having been reported to this Court that this action has been or will be settled, the action is discontinued without costs to any party, and without prejudice to restoring it to this Court's calendar if such application is made within 30 days of this order. The Clerk of Court is directed to terminate all motions pending and mark this case closed.

Dated: May 6, 2015
       New York, New York

                                    SO ORDERED:

                                    _____
                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

*All Counsel of Record.*